| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Almond, Lincoln D. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>5/4/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
District of Rhode Island
Two Exchange Terrace, Room 208
Providence, RI 02903

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 5/4/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Resilient Kids -- Wages |
| 2. | 2016 | Greater Providence YMCA -- Wages |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 5/4/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fedloan Servicing | Student Loan 1, Dependant Age 22 | J |
| 2. | Fedloan Servicing | Student Loan 2, Dependant Age 22 | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Washington Trust Accts | A | Interest | J | T | | | | | |
| 2. Commonwealth Financial Network -- IRA | | | | | | | | | |
| 3. -- AQR Large Cap Momentum Fund Style 1 | B | Dividend | K | T | Sold (part) | 10/21/16 | J | A | |
| 4. -- ASG Global Alternatives Fund Y | | None | | | Sold | 04/14/16 | J | | |
| 5. | | | | | Sold | 10/21/16 | J | | |
| 6. -- DFA Emerging Mkts Small Cap | A | Dividend | J | T | | | | | |
| 7. -- DFA Emerging Mkts Core Equity | A | Dividend | K | T | | | | | |
| 8. -- DFA Internat'l Core Equity | B | Dividend | L | T | Sold (part) | 01/11/16 | K | | |
| 9. -- DFA US Large Cap Value PRTF | B | Dividend | K | T | Sold (part) | 01/11/16 | J | A | |
| 10. | | | | | Sold (part) | 01/12/16 | J | | |
| 11. | | | | | Sold (part) | 10/21/16 | J | A | |
| 12. -- DFA US Small Cap Portfolio Instl | B | Dividend | J | T | Sold (part) | 01/11/16 | J | | |
| 13. | | | | | Sold (part) | 10/21/16 | J | A | |
| 14. -- Doubleline Total Bond Fund | B | Dividend | J | T | | | | | |
| 15. --Loomis Sayles Bond Instl | A | Dividend | | | Sold | 06/13/16 | J | | |
| 16. | | | | | Sold | 10/21/16 | K | | |
| 17. -- DFA US Core Equity II | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- DFA Global Real Estate | B | Dividend | K | T | | | | | |
| 19. --Wisdomtree Tr Europe Hedged Eq | A | Dividend | | | Sold | 07/27/16 | K | | |
| 20. -- AQR Equity Market Neutral Fd Cl 1 | A | Dividend | K | T | Buy | 06/13/16 | K | | |
| 21. -- JP Morgan Chase Bk CD Zero Cpn | | | L | T | Buy | 10/31/16 | L | | |
| 22. Commonwealth Financial Network IRA #2 | | | | | | | | | |
| 23. -- AQR Internat'l Momentum Fund | A | Dividend | J | T | | | | | |
| 24. -- AQR Large Cap Momentum Fund Styles | A | Dividend | J | T | | | | | |
| 25. --AQR Small Cap Momentum Fund | A | Dividend | J | T | | | | | |
| 26. -- ASG Global Alternatives Fund Y | | None | | | Sold | 10/21/16 | J | | |
| 27. -- DFA Emerging Mkts Core Equ Portfolio | A | Dividend | J | T | | | | | |
| 28. --DFA Internat'l Core Equ | A | Dividend | J | T | | | | | |
| 29. -- DFA US Large Cap Value Portfolio Instl | A | Dividend | J | T | Sold (part) | 10/21/16 | J | B | |
| 30. -- DFA US Small Cap Portfolio Inst | A | Dividend | J | T | | | | | |
| 31. -- Doubleline Total Return Bond Fund | A | Dividend | J | T | | | | | |
| 32. -- Loomis Sayles Bond Inst | A | Dividend | | | Sold | 10/21/16 | J | | |
| 33. -- DFA Global Real Estate Sec Portfolio | A | Dividend | J | T | | | | | |
| 34. --JP Morgan Chase Bk CD Zero Cpn | | None | J | T | Buy | 10/31/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Commonwealth Financial Network Joint Acct | | | | | | | | | |
| 36. -- Russell Inv. Co Global Real Estate Sec Fund - Class S | | None | | | Sold | 01/25/16 | J | | |
| 37. -- AQR Tax Managed Internat'l Momentum | A | Dividend | | | Sold | 12/30/16 | J | | |
| 38. -- AQR Tax Managed Large Capital Momentum | A | Dividend | J | T | | | | | |
| 39. -- AQR Tax Managed Small Cap Momentum | A | Dividend | J | T | | | | | |
| 40. -- ASG Global Alternatives Fund Y | | None | | | Sold | 06/13/16 | J | | |
| 41. | | | | | Sold | 12/30/16 | J | | |
| 42. -- DFA Internat'l Core Equity | A | Dividend | J | T | | | | | |
| 43. -- DFA TA US Core Equity 2 Portfolio | A | Dividend | K | T | | | | | |
| 44. -- DFA Emerging Markets Core Equity Portfolio | A | Dividend | J | T | | | | | |
| 45. -- DFA Emerging Mkts Small Cap Portfolio | A | Dividend | J | T | | | | | |
| 46. -- DFA Internat'l Small Company Portfolio | A | Dividend | J | T | | | | | |
| 47. -- Doubleline Total Return Bond Fund Class | A | Dividend | J | T | | | | | |
| 48. -- Loomis Sayles Bond Fund Inst. Class | | None | | | Sold | 01/25/16 | J | | |
| 49. -- AQR Equity Market Neutral Fd Cl 1 | A | Dividend | J | T | Buy | 06/13/16 | J | | |
| 50. -- DFA Global Real Estate Sec Portfolio | A | Dividend | J | T | Buy | 01/26/16 | J | | |
| 51. Commonwealth Financial Network - C | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Russell Lifepoints Eqty Growth Strat. C | A | Dividend | J | T | Sold (part) | 04/26/16 | J | | |
| 53. Commonwealth Financial Network - K (X) | | | | | | | | | |
| 54. -- Russell Lifepoints Eqty Growth Strat. C (X) | A | Dividend | J | T | | | | | |
| 55. Citizens Bank Account | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 5/4/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Lincoln D. Almond**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544